Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  VIRGINIA ESQUEDA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| VIRGINIA ESQUEDA, ) | Case No.:   1:11-CV-00358-DLB |
| Plaintiff, ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| Defendant ) | |

IT IS ORDERED that plaintiff may have an extension of time, to and including November 28, 2011, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to December 28, 2011, to file an opposition.  Any reply by plaintiff will be due January 11, 2011.

IT IS SO ORDERED.

DATE: September 26, 2011

/s/ Dennis L. Beck
THE HONORABLE DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

-1-