IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIRGINIA O. ESQUEDA, | ) | 1:11cv0358 DLB |
| | ) | |
| | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  Pursuant to the parties' stipulation to dismiss filed on December 2, 2011, this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own fees, costs and expenses.

   IT IS SO ORDERED.

   **Dated:   December 5, 2011**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

1